No. 649, Misc. WALLACE v. COPIAH COUNTY LUMBER Co. ET AL. Supreme Court of Mississippi. Certiorari

denied. *Leon E. Provine* for petitioner. *Charles B. Snow* and *Junior O'Mara* for respondents.